# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00028(1)-ADA |
| | § | |
| (1) JUAN LIONEL ESCOVAR | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 15, 2025, wherein the defendant (1) JUAN LIONEL ESCOVAR waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JUAN LIONEL ESCOVAR to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JUAN LIONEL ESCOVAR's plea of guilty to Count One (1) is accepted.

Signed this 30th day of July, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE